KEITH E. EGGLETON, State Bar No. 159842
Email: keggleton@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
Email: rstrickland@wsgr.com
DALE BISH, State Bar No. 235390
Email: dbish@wsgr.com
JESSICA L. SNORGRASS, State Bar No. 259962
Email: jsnorgrass@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
NETFLIX, INC.

[ADDITIONAL COUNSEL
ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEGHAN MOLLETT AND TRACY HELLWIG, individually, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>NETFLIX, INC., a Delaware corporation,<br><br>    Defendant, | CASE NO.: 11-cv-01629-EJD (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER REQUIRING NOTIFICATION IN THE EVENT OF JUDGMENT OR SETTLEMENT OF** *IN RE NETFLIX PRIVACY LITIGATION* |

1   WHEREAS, plaintiffs believe that certain documents relating to this case and the
2   separate case captioned *In re Netflix Privacy Litigation*, Case No. 11-cv-00379-EJD (the "*In re*
3   *Netflix Privacy Litigation*" action) could be destroyed by defendant Netflix, Inc. ("Netflix") in
4   connection with a settlement or judgment in the *In re Netflix Privacy Litigation* action;

5   WHEREAS, during a conference with Magistrate Judge Paul S. Grewal on November 3,
6   2011, the Court declined to enter at that time the proposed evidence preservation order that
7   plaintiffs had submitted to the Court in connection with the Case Management Conference held
8   on October 28, 2011; and

9   WHEREAS, Netflix offered during the November 3, 2011, conference to notify plaintiffs
10  in the event that a settlement or judgment in the *In re Netflix Privacy Litigation* action could
11  result in the destruction of documents relevant or potentially relevant to this case so that, at that
12  time, the parties could discuss ways to ensure that documents relevant or potentially relevant to
13  this case are not destroyed or, alternatively, the plaintiffs could seek judicial intervention
14  regarding document preservation;

15  NOW THEREFORE, the parties, by and through their undersigned counsel, hereby
16  stipulate and agree that, in the event that a settlement or judgment in the *In re Netflix Privacy*
17  *Litigation* action could result in the destruction of documents relevant or potentially relevant to
18  this case, Netflix's counsel will notify plaintiffs' counsel within 48 hours of the filing of a
19  motion for preliminary approval of a settlement or a judgment that includes any document
20  destruction provisions, and at least 60 days before any documents are destroyed pursuant to such
21  a judgment or settlement.

22

23  Dated:  November 16, 2011         WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation
24

25                                   By:   /s/ Rodney G. Strickland, Jr.
                                           Rodney G. Strickland, Jr.
26
                                     Attorneys for Defendant
27                                   NETFLIX, INC.

28

| | | |
|---|---|---|
| 1 | Dated: November 16, 2011 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |

By:    /s/ Rachele R. Rickert
           Rachele R. Rickert

750 B Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
rickert@whafh.com

Attorneys for Plaintiffs

## [PROPOSED] ORDER

In the event that a settlement or judgment in the *In re Netflix Privacy Litigation* action could result in the destruction of documents relevant or potentially relevant to this case, Netflix's counsel will notify plaintiffs' counsel within 48 hours of the filing of a motion for preliminary approval of a settlement or a judgment that includes any document destruction provisions, and at least 60 days before any documents are destroyed pursuant to such a judgment or settlement.

IT IS SO ORDERED.

DATED: __11/21/2011                                  /s/ Paul S. Grewal
                                                                    HON. PAUL S. GREWAL
                                                                    MAGISTRATE JUDGE

# ECF CERTIFICATION

I, Rodney G. Strickland, Jr., am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Requiring Notification in the Event of Judgment or Settlement of *In Re Netflix Privacy Litigation*.  I hereby attest that Rachele R. Rickert has concurred in this filing.

Dated:  November 16, 2011

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Rodney G. Strickland, Jr.
         Rodney G. Strickland, Jr.

Attorneys for Defendant
NETFLIX, INC.

CASE NO. 11-CV-01629-EJD (PSG)