UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 24 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MEGHAN MOLLETT and TRACY HELLWIG, individually, and on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs - Appellants,<br><br>   v.<br><br>NETFLIX, INC., a Delaware corporation,<br><br>          Defendant - Appellee. | No. 12-17045<br><br>D.C. No. 5:11-cv-01629-EJD<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |

The judgment of this Court, entered July 31, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rhonda Roberts
Deputy Clerk